I therefore respectfully dissent to the *per curiam* affirmance of the Commonwealth Court's order.

■

**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**John Patrick TYRELL, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Robin Patricia Campbell, Doylestown, for Commonwealth of Pennsylvania.

Richard D. Winters, Norristown, for John Patrick Tyrell.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case

and Commerce Clauses of the United States Constitution, pursuant to the principle of statutory construction that requires courts to pre-

is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

■

**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**Alva James HARTWRIGHT, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Michelle Ann Henry, Doylestown, for Commonwealth of Pennsylvania.

Michael S. Goodwin, New Britain, for Alva James Hartwright.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it

sume that the General Assembly did not intend to violate constitutional precepts. *See* 1 Pa.C.S. § 1922(3).

declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

fenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

COMMONWEALTH of Pennsylvania, Appellant,

v.

James GLENN, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Jennifer Anne Buck, Diane E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Bradley Harry Bastedo, Doylestown, for James Glenn.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Of-

COMMONWEALTH of Pennsylvania, Appellant,

v.

Duane OHL, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Michelle Ann Henry, Diane E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Richard S. Wasserbly, Doylestown, for Duane Ohl.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it